**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| GURJEET SINGH, | No. 07-74684 |
| Petitioner, | Agency No. A075-314-539 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010 [**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Gurjeet Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying his third motion to reopen

removal proceedings.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We deny

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the petition for review.

In his opening brief, Singh fails to address, and therefore has waived any challenge to, the BIA's determinations that the motion to reopen failed to qualify for an exception to the regulatory time and numerical filing limitations, and failed to establish grounds for equitable tolling.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (holding issues which are not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DENIED.**